EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 4 2002

at __ o'clock and __ min __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANE KIM NGUYEN ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. **CR02-00518 DAE** <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 841(a)(1); <br> 841(b)(1)(B) and 841(b)(1)(C)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 19, 2001, in the District of Hawaii, JANE KIM NGUYEN, the defendant, did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

SEALED
BY ORDER OF THE COURT

1

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about January 22, 2001, in the District of Hawaii, JANE KIM NGUYEN, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about January 22, 2001, in the District of Hawaii, JANE KIM NGUYEN, the defendant, did knowingly possess with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

DATED: December 4, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys