PETER C. WOLFF, JR.  2332
Federal Public Defender
Districts of Hawaii and Guam

LORETTA A. FAYMONVILLE  3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorneys for Defendant
JANE KIM NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00518 DAE |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) CONTINUING  SENTENCING |
| vs. | ) DATE |
|  | ) |
| JANE KIM NGUYEN, | ) Prev. date:   January 19, 2006 |
|  | ) New date:    April 20, 2006 |
| Defendant. | ) |
|  | ) |

C:\Documents and Settings\carol\Local Settings\Temp\notesF51D03\sent2_stp.wpd

STIPULATION AND ORDER CONTINUING  SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JANE KIM NGUYEN's sentencing date now set for January 19, 2006, be and is hereby continued to April 20, 2006 at 1:30 p.m., before Judge David A. Ezra.

DATED: Honolulu, Hawaii, January 25, 2006.

   /s/Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
JANE KIM NGUYEN

   /s /Edric Ching
EDRIC CHING
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 25, 2006.



David Alan Ezra
United States District Judge

UNITED STATES v. JANE KIM NGUYEN
CR. NO. 02-00518 DAE
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE