# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00518DAE |
| CASE NAME: | USA v. Jane Nguyen |
| ATTYS FOR PLA: | Edric Ching |
| ATTYS FOR DEFT: | Loretta Faymonville |
| USPO: | Malia Eversole |
| INTERPRETER: | Thu-Huong Crumpton |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/20/2006 | TIME: | 9:00am-9:10am(m/d) |
| | | | 9:10am-9:45am(sent) |

COURT ACTION: EP: Sentencing to Counts 1 and 2 of the Indictment as to Defendant Jane Nguyen. Government's Motion for Downward Departure.

Defendant Jane Nguyen present in custody.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Jane Nguyen.

SENTENCE:

Imprisonment: 40 MONTHS, as to each of Counts 1 and 2 of the Indictment, will all such terms to run concurrently

Supervised Release: 5 YEARS, as to each of Counts 1 and 2 of the Indictment, will all such terms to run concurrently

CONDITIONS:

    1.     Defendant shall abide by the standard conditions of supervision.

    2.     Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office.

8. Defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

10. Defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Dublin, CA. 500 hour drug program. Educational and Vocational training. Mental Health treatment.

Defendant advised of her right to appeal.

Mittimus is stayed until 7/24/2006.

Defendant to self-surrender @2:00 p.m. on 7/24/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Government's Oral Motion to dismiss all remaining counts as to this defendant only- GRANTED.

Submitted by: Theresa Lam, Courtroom Manager