ORIGINAL

PETER C. WOLFF, JR.   2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE   3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorney for Defendant
JANE KIM NGUYEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 15 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00518 DAE |
| | ) |
| Plaintiff, | ) ORDER FOR RETURN OF |
| | ) PASSPORT |
| vs. | ) |
| | ) |
| JANE KIM NGUYEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

N:\LORI\CLIENTS\Nguyen_Jane\Passport_order.wpd

## ORDER FOR RETURN OF PASSPORT

On April 2, 2006, Defendant Jane Kim Nguyen, was sentenced to a term of 40 months of custody with the United States Bureau of Prisons.  Defendant self-surrendered to the Bureau of Prison on July 24, 2006 and is presently incarcerated at FCI Dublin, California.

IT IS HEREBY ORDERED THAT Defendant's passport no. 121038035 surrendered on February 4, 2005, be and is hereby returned to Ms. Nguyen, in care of counsel for Ms. Nguyen.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____

_____
DAVID A. EZRA
Judge United States District Court
District of Hawaii

UNITED STATES v. Nguyen
Cr. No. 02-00518 DAE; Order for Return of Passport

2