IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 4 2005

at 3 o'clock and 55 min. P M.
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 02-00518 DAE |
| Plaintiff(s), ) | |
| vs. ) | |
| Jane Kim Nguyen, ) | |
| Defendant(s). ) | |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 121038035 issued at Honolulu Passport Agency, on 12/15/2004 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 4, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:      09/10/1956

Place of Birth:     Vietnam

Dated at Honolulu, Hawaii on February 4, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
      Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                        Owner of Passport

AFPD, Loretta Faymonville