cc: financial

AO 2468 (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:02CR00518-001
DEFENDANT: JANE KIM NGUYEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2006

at 8 o'clock and 05 min. A M
SUE BEITIA, CLERK

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 40 MONTHS.

This term consists of FORTY(40) MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently

[✔]  The court makes the following recommendations to the Bureau of Prisons:
Dublin, CA. 500 hour drug program. Educational and Vocational training. Mental Health treatment.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 4 o'clock and 15 min. P M
SUE BEITIA, CLERK

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before 2:00pm, local time on 7/24/2006.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

V/S Defendant delivered on 07/24/2006 to FCI DUBLIN, CA
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal